■ In the Matter of RAINBOW NEWS 12 COMPANY, Petitioner, v ALFRED C. TISCH et al., Respondents. [625 NYS2d 614] — Proceeding pursuant to CPLR article 78 in the nature of mandamus, *inter alia,* to compel the respondents to release certain audio-tape and video-tape recordings introduced as evidence in pre-trial hearings in an action entitled *People v Rogers,* pending in the County Court, Suffolk County (Indictment No. 2584/94).

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only when there exists a clear legal right to the relief sought *(see, Matter of Legal Aid Socy. v Scheinman,* 53 NY2d 12, 16). The petitioner here has failed to demonstrate a clear legal right to the relief sought. Mangano, P. J., Miller, Santucci and Altman, JJ., concur.